UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MORASCH MEATS, INC., an Oregon corporation; and PRESSURE SAFE, LLC, an Oregon limited liability company,<br><br>                Plaintiffs,<br><br>                v.<br><br>PRIMAL PET FOODS, INC., a California corporation,<br><br>                Defendant. | Case No.: 3:19-cv-00258-BR<br><br>JUDGMENT OF DISMISSAL |

Based on the Joint Stipulation of Dismissal with Prejudice, ECF No. 33, filed by Plaintiffs Morasch Meats, Inc. and Pressure Safe, LLC and Defendant Primal Pet Foods, Inc., collectively referred to herein as the "Parties," this civil action (including all claims and counterclaims asserted therein) is dismissed with prejudice, with each of the Parties to bear its own attorneys' fees and costs.

DATED this 13th day of April, 2020.

                                      IT IS SO ORDERED

                                      /s/ Anna J. Brown
                                      _____
                                      Anna J. Brown
                                      United States Senior District Judge